UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
KELLY IRISH,

                             Plaintiff,

                       v.

FLUSHING MEDICAL ARTS BUILDING INC., RADNET,
INC., RADNET MANAGEMENT, INC., LENOX HILL
RADIOLOGY AND MEDICAL IMAGING ASSOCIATES,
P.C., AND AND MID ROCKLAND IMAGING PARTNERS,
INC.,

                             Defendants.
-----------------------------------------------------------------------x

Docket No.
1:22-CV-00958 (WFK) (JRC)

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: April 26, 2023
         New York, New York

PARKER HANSKI LLC

By: _____
Glen H. Parker, Esq.
*Attorneys for Plaintiff*
40 Worth Street, Suite 602
New York, New York 10013
Tel (212) 248-7400
Fax (212) 248-5600
ghp@parkerhanski.com

SEYFARTH SHAW LLP

By: _____
John W. Egan, Esq.
Michelle Shamouilian, Esq.
*Attorneys for Defendants*
*Radnet, Inc., RadNet Management,*
*Inc., Lenox Hill Radiology and*
*Medical Imaging Associates, P.C., and*
*Mid Rockland Imaging Partners, Inc.*
620 Eighth Avenue
New York, New York 10018-1405
Direct: 1-212-218-5291
Fax: 1-917-344-1332
mshamouilian@seyfarth.com

jegan@seyfarth.com

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: _____
Yusha D. Hiraman, Esq.
Jura C. Zibas, Esq.
Attorneys for Defendant
Flushing Medical Arts Building Inc.
150 E 42nd Street
New York, New York 10017
212.915.5252 (Direct)
212.490.3000 (Main)
212.490.3038 (Fax)
Jura.Zibas@wilsonelser.com
yusha.hiraman@wilsonelser.com

The application is ✓ granted.
SO ORDERED          ___ denied

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: May 30, 2023
Brooklyn, New York